UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Zhaocheng Anthony Tan, et al.          ,

Plaintiff(s),

v.

City of San Jose, et al.          ,

Defendant(s).

Case No. 5:26-cv-3181

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert Frommer , an active member in good standing of the bar of Virginia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Joshua Robert Dale / Anna M. Barvir , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 209942 / 268728 .

901 N. Glebe Rd., Ste 900, Arlington, VA 22203
MY ADDRESS OF RECORD

180 E. Ocean Blvd. Ste. 200, Long Beach, CA 90802
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(703) 682-9320
MY TELEPHONE # OF RECORD

(562) 216-4444
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rfrommer@ij.org
MY EMAIL ADDRESS OF RECORD

jdale@michellawyers.com / abarvir@michellawyers.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 70086 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/15/2026

Robert Frommer
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert Frommer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 15, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021

2