SUSANA ALCALA WOODS, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
JULIA VAN ROO, Sr. Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, SAN JOSE
POLICE DEPARTMENT, and PAUL JOSEPH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police, <br><br> Defendant(s). | Case Number: 5:26-cv-03181-VKD <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT** <br><br> Re: Dkt. No. 15 |

-Pursuant to Civil Local Rules 6-1(a) and 7-12, Defendants CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, and PAUL JOSEPH and Plaintiffs ZHAOCHENG ANTHONY TAN, SCOTT WEST, and COLIN WOLFSON (collectively "the Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order Enlarging Time for Defendants' Response to Plaintiffs' Complaint as follows:

### STIPULATION

The Parties agree that Defendants' response to Plaintiffs' complaint shall not be due until June 26, 2026.

1

SO STIPULATED.

Dated:  May 6, 2026                           SUSANA ALCALA WOOD, City Attorney


                                              By: ____/s/ Julia Van Roo_____
                                                   JULIA VAN ROO
                                                   Senior Deputy City Attorney

                                              Attorneys for Defendants CITY OF SAN
                                              JOSE, SAN JOSE POLICE
                                              DEPARTMENT, and PAUL JOSEPH


Dated: May 5, 2026                            INSTITUTE FOR JUSTICE


                                              By: ____/s/ Michael B. Soyfer_____
                                                   MICHAEL B. SOYFER


                                              Attorneys for Plaintiffs ZHAOCHENG
                                              ANTHONY TAN, SCOTT WEST, and
                                              COLIN WOLFSON


     I, Julia Van Roo, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and their electronic signature to this document.


Dated: May 6, 2026
                                              ____/s/ Julia Van Roo_____
                                                   JULIA VAN ROO
                                                   Sr. Deputy City Attorney

2

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ___May 7, 2026___          By: *Virginia K. DeMarchi*
                                      VIRGINIA K. DEMARCHI
                                      United States Magistrate Judge
                                      United States District Court
                                      Northern District of California

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS'          5:26-cv-03181-VKD
RESPONSE TO PLAINTIFFS' COMPLAINT

2309047