SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
JULIA VAN ROO, Sr. Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone: (408) 535-1900
cao.main@sanjoseca.gov

JONATHAN I. KRAVIS (pro hac vice)
JESSIE K. LIU (pro hac vice)
CHARLOTTE U. KEELEY (pro hac vice)
Liu Shur Kravis LLP
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100
jonathan.kravis@lskllp.com
jessie.liu@lskllp.com
charlotte.keeley@lskllp.com

*Attorneys for Defendants*
CITY OF SAN JOSÉ;
SAN JOSÉ POLICE DEPARTMENT;
and PAUL JOSEPH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police, <br><br> *Defendants*. | Case No. 5:26-cv-03181-BLF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SAN JOSÉ; SAN JOSÉ POLICE DEPARTMENT; and PAUL JOSEPH's MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS** <br><br> Judge:    Hon. Beth Labson Freeman <br> Courtroom:  1 – 5th Floor <br> Hearing Date:  December 3, 2026 <br> Hearing Time:  9:00 a.m. |

**[PROPOSED] ORDER**

The Court, having considered Defendants City of San José, San José Police Department, and Paul Joseph's Motion to Dismiss, Plaintiffs Zaocheng Anthony Tan, Scott West, and Colin Wolfson's opposition thereto, Defendants' reply, all associated pleadings and exhibits, and argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that Defendants City of San José, San José Police Department, and Paul Joseph's Motion to Dismiss and Strike is GRANTED. Plaintiffs' Complaint (ECF 1) is dismissed.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Judge