Michael B. Soyfer (pro hac vice)
Robert Frommer (pro hac vice)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
msoyfer@ij.org
rfrommer@ij.org

Daniel Woislaw (pro hac vice)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
dwoislaw@ij.org

Anna M. Barvir (Bar No. 268728)
Joshua Robert Dale (Bar No. 209942)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, California 90802
(562) 216-4444
abarvir@michellawyers.com
jdale@michellawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON, | Case No. 5:26-CV-03181-BLF |
| *Plaintiffs*, v. | **STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police, | |
| *Defendants*. | |

Pursuant to Local Civil Rules 6-1(a) and 7-12, Plaintiffs Zhaocheng Anthony Tan, Scott West, and Colin Wolfson, and Defendants City of San Jose, San Jose Police Department, and Paul Joseph, in his official capacity as San Jose Chief of Police, hereby stipulate and agree to extend the time for Plaintiffs' response to Defendants' Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Class Allegations, ECF No. 28, to and including August 10, 2026.

Respectfully submitted,

Dated: June 29, 2026

/s/ Michael B. Soyfer

| | |
|---|---|
| Anna M. Barvir (Bar No. 268728) | Michael B. Soyfer (pro hac vice) |
| Joshua Robert Dale (Bar No. 209942) | Robert Frommer (pro hac vice) |
| MICHEL & ASSOCIATES, P.C. | INSTITUTE FOR JUSTICE |
| 180 East Ocean Boulevard, Suite 200 | 901 North Glebe Road, Suite 900 |
| Long Beach, California 90802 | Arlington, Virginia 22203 |
| (562) 216-4444 | (703) 682-9320 |
| abarvir@michellawyers.com | msoyfer@ij.org |
| jdale@michellawyers.com | rfrommer@ij.org |

Daniel Woislaw (pro hac vice)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
dwoislaw@ij.org

*Attorneys for Plaintiffs*

Dated: June 29, 2026

/s/ Jonathan I. Kravis
SUSANA ALCALA WOOD
  City Attorney (156366)
ARDELL JOHNSON
  Assistant City Attorney (95340)
JULIA VAN ROO
  Sr. Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone: (408) 535-1900
cao.main@sanjoseca.gov

JONATHAN I. KRAVIS (pro hac vice)
JESSIE K. LIU (pro hac vice)
CHARLOTTE U. KEELEY (pro hac vice)
Liu Shur Kravis LLP
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100
jonathan.kravis@lskllp.com
jessie.liu@lskllp.com
charlotte.keeley@lskllp.com

*Counsel for Defendants*

## LOCAL CIVIL RULE 5-1(i)(3) CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that each of the other signatories to this document has concurred in the filing of this document.

Dated: June 29, 2026                    /s/ Michael B. Soyfer

Michael B. Soyfer (pro hac vice)

3
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ENLARGING TIME FOR PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION TO DISMISS, CASE NO. 5:26-CV-03181-BLF

Pursuant to the parties' Stipulation, the Court orders that Plaintiffs' response to Defendants' Motion to Dismiss Plaintiff's Complaint and Motion to Strike Class Allegations, ECF No. 28, shall be due on August 10, 2026.

IT IS SO ORDERED.

Dated: June 29, 2026

The Hon. Beth Labson Freeman
U.S. District Judge
Northern District of California

4

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, CASE NO. 5:26-CV-03181-BLF