SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
JULIA VAN ROO, Sr. Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone: (408) 535-1900
cao.main@sanjoseca.gov

JONATHAN I. KRAVIS (pro hac vice)
JESSIE K. LIU (pro hac vice)
CHARLOTTE U. KEELEY (pro hac vice)
Liu Shur Kravis LLP
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100
jonathan.kravis@lskllp.com
jessie.liu@lskllp.com
charlotte.keeley@lskllp.com

*Attorneys for Defendants*
CITY OF SAN JOSÉ;
SAN JOSÉ POLICE DEPARTMENT;
and PAUL JOSEPH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON,

*Plaintiffs*,

v.

CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police,

*Defendants*.

Case No. 5:26-cv-03181-BLF

**STATEMENT OF RECENT DECISION**

| | |
|---|---|
| Judge: | Hon. Beth Labson Freeman |
| Courtroom: | 1 – 5th Floor |
| Hearing Date: | October 1, 2026 |
| Hearing Time: | 9:00 a.m. |

## STATEMENT OF RECENT DECISION

Pursuant to Section 7-3(d)(2) of the Civil Local Rules of the Northern District of California, Defendants respectfully submit this Statement of Recent Decision pertaining to issues raised in Defendants' Motion to Dismiss (Dkt. No. 28) currently under submission.

The supplemental authority is the Ninth Circuit's decision in *Richards v. Newsom*, No. 25-693, 2026 WL 2529326, at *8, *14 (9th Cir. Aug. 27, 2026). A copy of the opinion is attached to this Statement as **Exhibit A**.

Dated: September 8, 2026

Respectfully submitted,

By: */s/ Jonathan I. Kravis*

SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
JULIA VAN ROO, Sr. Deputy City Attorney (274169)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone: (408) 535-1900
cao.main@sanjoseca.gov

JONATHAN I. KRAVIS (pro hac vice)
JESSIE K. LIU (pro hac vice)
CHARLOTTE U. KEELEY (pro hac vice)
Liu Shur Kravis LLP
607 Fourteenth Street, N.W., Suite 625
Washington, D.C. 20005
Telephone: (202) 240-7100
jonathan.kravis@lskllp.com
jessie.liu@lskllp.com
charlotte.keeley@lskllp.com

*Attorneys for Defendants*