Michael B. Soyfer (pro hac vice)
Robert Frommer (pro hac vice)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
msoyfer@ij.org
rfrommer@ij.org

Daniel Woislaw (pro hac vice)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, Texas 78701
(512) 480-5936
dwoislaw@ij.org

Anna M. Barvir (Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, California 90802
(562) 216-4444
abarvir@michellawyers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON,

*Plaintiffs*,

v.

CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police,

*Defendants*.

Case No. 5:26-CV-03181-BLF

**PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS**

Hearing Date: October 1, 2026
Hearing Time: 9:00 a.m.

Pursuant to Local Rule 7-3(d)(2), Plaintiffs file this statement to bring to the Court's attention a relevant judicial opinion published after their opposition to Defendants' motion to dismiss was filed. *See* ECF No. 32. The opinion is available in both Westlaw and LexisNexis. *United States v. Thomas*, No. 5:25-cr-00095-PCP-1, 2026 WL 2656384, 2026 U.S. Dist. LEXIS 204025 (N.D. Cal. Sep. 9, 2026). A copy of the opinion is attached.

Respectfully submitted,

Dated: September 14, 2026

*/s/ Michael B. Soyfer*

Michael B. Soyfer (pro hac vice)
Robert Frommer (pro hac vice)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
msoyfer@ij.org
rfrommer@ij.org

Daniel Woislaw (pro hac vice)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, Texas 78701
(512) 480-5936
dwoislaw@ij.org

Anna M. Barvir (Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, California 90802
(562) 216-4444
abarvir@michellawyers.com

*Attorneys for Plaintiffs*