**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

ZHAOCHENG ANTHONY TAN; SCOTT WEST; and COLIN WOLFSON,

Plaintiffs,

v.

CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and PAUL JOSEPH, in his official capacity as San Jose Chief of Police,

Defendants.

Case No. 5:26-cv-03181-BLF

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
****AS MODIFIED BY THE COURT****

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference set for October 15, 2026, is VACATED.
2. The Court resets the Initial Case Management Conference for March 11, 2027 at 11:00 a.m., to be conduced via Zoom Webinar.
3. The Parties shall file a Joint Case Management Statement no later than seven (7) days before the reset Initial Case Management Conference, and all related deadlines under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9 shall be calculated from the reset conference date.

**IT IS SO ORDERED.**

Dated: October 6, 2026

HON. BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California